Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000377
13-JAN-2016
07:56 AM

CAAP-11-0000377

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HUI MAKA'AINANA A KALAWAHINE, Appellant-Appellee,
vs.
HAWAIIAN HOMES COMMISSION; JOBIE M.K. MASAGATANI,
in her capacity as Chairperson of the Hawaiian Homes
Commission and the Director of the Department of
Hawaiian Home Lands; WILLIAM KĀHELE RICHARDSON,
MICHAEL P. KAHIKINA, RENWICK V.I. TASSILL,
DOREEN NĀPUA CANTO, GENE ROSS DAVIS, KATHLEEN PUAMAE'OLE CHIN,
WALLACE A. ISHIBASHI, and DAVID B. KA'APU, in their capacities as
members of the Hawaiian Homes Commission; and
the DEPARTMENT OF HAWAIIAN HOME LANDS,
Appellees-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-1855-09)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Fujise and Leonard, JJ.)

The Opinion of the court, filed on December 22, 2015, is hereby amended as follows:

1. On Page 7, in the second line after the block quote, the word "the" between "of" and "Conveyances" should be deleted, so that as corrected, the text reads: ". . . Bureau of Conveyances . . . ."

2. On Page 7, in the fourth line of footnote 9, the word "the" should be inserted between "and/or" and "Bureau" so that as corrected, the text reads: ". . . and/or the Bureau of Conveyances . . . ."

3. On Page 7, in the last line of footnote 9, a close quotation mark should be inserted after the period at the end of the sentence.

4. On Page 11, in the fifth line, "Associations's" should be replaced with "Association's" so that as corrected, the text reads: ". . . the Association's ability . . . ."

5. On Page 17, in the ninth line, the word "not" should be inserted between "does" and "require" so that as corrected, the text reads: ". . . authorizes but does not require DHHL to adopt . . . ."

6. On Page 18, at the end of the first sentence of the second paragraph under Section D., the quotation mark after the period at the end of the sentence should be deleted.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 13, 2016.

*Craig H. Nakamura*
Chief Judge

Associate Judge

Associate Judge